# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**A10 NETWORKS, INC.,**<br><br>  Defendant. | CASE No. 1:23-CV-01165-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff UNWIRED GLOBAL SYSTEMS LLC hereby dismisses this action without prejudice. Defendant A10 NETWORKS, INC. has not yet answered the Complaint or moved for summary judgment.

Date: December 6, 2023                             Respectfully submitted,

                                                   */s/ John C. Phillips, Jr.*
                                                   John C. Phillips, Jr. (#110)
                                                   Megan C. Haney (#5016)
                                                   Phillips, McLaughlin & Hall, P.A.
                                                   1200 North Broom Street
                                                   Wilmington DE, 19806
                                                   (302) 655-4200
                                                   JCP@PMHDELaw.com
                                                   MCH@PMHDELaw.com

2

>Isaac Rabicoff
>Rabicoff Law LLC
>(*pro hac vice forthcoming*)
>600 Mamaroneck Ave STE 400
>Harrison, NY 10528
>Tel. (773) 669-4590
>issac@rabilaw.com
>
>***Attorneys for Plaintiff***
>***Unwired Global Systems LLC***

SO ORDERED this _____ day of _____, _____.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge